**BOGAR et al. v. PHILLIPS.**

Court of Appeals of Kentucky.

March 7, 1952.

P. K. Damron, Pikeville, for appellants.

V. R. Bentley, Pikeville, for appellee.

CAMMACK, Chief Justice.

This is an appeal from a judgment giving the appellee a prior lien in the amount of $347.20 on the assets of Cross-Morris Coal Company by virtue of KRS 376.150–376.190. The appellants contend that their pre-existing mortgage upon the personal property of Cross-Morris Coal Company should be superior to the appellee's lien. The appellants' claim was for $1600. The appeal was granted below.

At the outset we are confronted with the question of jurisdictional amount. For any money judgment for as much as $200 and less than $500 the lower court does not have the authority to grant an appeal. KRS 21.080. An appeal can be granted by this Court only upon motion. The appellee's lien was for $347.20 and that is the only amount in issue. The fact that the appellants' inferior claim was for $1600 does not affect the appellee's lien. This is simply an appeal from a judgment allowing a claim for $347.20. Cox v. Higginbotham's Adm'r, 76 S.W. 1079, 25 Ky.Law Rep. 1057.

If the appellants' claim were declared to be superior, they would be able to satis-

fy their claim without regard to the appellee's lien. In no event could the appellants' position be enhanced by more than $347.20. Since the amount is less than $500, the appeal must be dismissed.

Wherefore, the appeal is dismissed.